IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                          Criminal No. 24-268

KEESHON GRIER

## ARRAIGNMENT PLEA

Defendant KEESHON GRIER

being arraigned, pleads _NOT GUILTY_

in open Court this ___18th___ day of

___MARCH___ , 20 _25_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)